Mahir T. Sherif (135021)
Law Office of Mahir T. Sherif
3376 30th Street
San Diego, CA  92104
Tel: (619) 297-4444
Fax: (619) 297-4115
mahirsherif@sbcglobal.net

**FILED**

APR 0 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.:  08MJ8240 |
| Plaintiff, | ) |
| vs. | ) SUBSTITUTION OF ATTORNEY |
| **JOSE J. ALTAMIRANO,** | ) |
| Defendant. | ) |

I, **JOSE J ALTAMIRANO,** hereby substitute Attorney **MAHIR T. SHERIF,** in place of Attorney, **HANNI M. FAKHOURY** of Federal Defenders of San Diego, Inc., as my Attorney of record in the above-entitled case.

**I CONSENT TO THE SUBSTITUTION.**

Dated: 3/25/08.

**JOSE J. ALTAMIRANO**
DEFENDANT

Dated: 3/24/08

**MAHIR T. SHERIF, ESQ.**
RETAINED ATTORNEY

So ordered.

PETER C LEWIS
US MAGISTRATE JUDGE

1  Mahir T. Sherif (135021)
   Law Office of Mahir T. Sherif
   3376 30th Street
2  San Diego, CA 92104
   Tel: (619) 297-4444
3  Fax: (619) 297-4115
   mahirsherif@sbcglobal.net

4

5

6

7

8              UNITED STATES DISTRICT COURT
                   DISTRICT OF CALIFORNIA
9

10                                        )   **Case No.: 08MJ8240**
   **UNITED STATES OF AMERICA,**          )
11                                        )
              Plaintiff,                  )
12                                        )
       vs.                                )   SUBSTITUTION OF ATTORNEY
13                                        )
   **JOSE J. ALTAMIRANO,**                )
14                                        )
              Defendant.                  )
15

16     I, **JOSE J ALTAMIRANO**, hereby substitute Attorney **MAHIR T. SHERIF**, in place

17 of Attorney, **HANNI M. FAKHOURY** of Federal Defenders of San Diego, Inc., as my Attorney

18 of record in the above-entitled case.

19 **I CONSENT TO THE SUBSTITUTION.**
   Dated: __3/27/2008__
20                                        _____
                                          **JOSE J. ALTAMIRANO**
21                                        DEFENDANT

22 Dated: __3/24/2008__
                        Matthew C. Hagen  _____
23                                        **HANNI M. FAKHOURY, ESQ.**
                                          RETAINED ATTORNEY
24                                        FEDERAL DEFENDERS

25